ROBERT A. EDER, JR. (# 8056)
Attorney for the Debtor(s)
5667 S. Redwood Road, Suite 8
Salt Lake City, Utah 84123
Telephone (801) 265-1836
Facsimile (801) 265-1866
rob@ederlaw.net

---

### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

---

| | |
|---|---|
| **IN RE:** | **Bankruptcy Case No. 11-35951 WTT** |
|     **DAVID M. McKAY and** | |
|     **SHALECE McKAY,** | **Chapter 13** |
|               **Debtor(s).** | |

---

### APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

---

The Applicant, Robert A. Eder Jr., attorney for Debtors David M. McKay and Shalece McKay, applies for approval and allowance of the attorney's fees and costs set forth below, to be paid by the Chapter 13 Trustee as an administrative expense.  This application is based upon the following reasons:

1.      Applicant is the attorney for Debtors in the above Chapter 13 bankruptcy case.

2.      Applicant is a member of the Utah State Bar in good standing and is duly authorized to practice law in this Court.

3.      Applicant seeks compensation for professional services rendered and for reimbursement for actual and necessary costs and expenses incurred by Applicant in connection with Debtors'

Motion to Authorize Sale of Real Property, Reduce Claim No. 12 in Favor of Bank of Camden to Zero, Authorize Employment of Real Estate Agent, and Award Attorney's Fees that was filed on April 1, 2015. All of the services were performed on behalf of the estate and were ordinarily and necessarily rendered in this case.

4.      Applicant has agreed with Debtors to bill his fee for professional services in these matters at the rate of $250.00 per hour.

5.      The professional services rendered and the costs incurred by Applicant are set forth in Exhibit "A", which is incorporated by reference.

6.      All professional services set forth in Exhibit "A" were performed by Applicant, and there is no agreement for a division of compensation between Applicant and any other person or entity. Furthermore, Applicant does not hold any interest adverse to Debtors or the estate.

7.      All professional services rendered and costs incurred in this matter have been reasonable and necessary and the fees incurred are comparable to like services rendered by other attorneys and law firms in this community.

8.      Applicant believes that the services rendered to date have benefitted Debtors and the estate, and the fees and costs are fair and reasonable.

        For the above reasons, Applicant requests that he be awarded compensation for services rendered and costs incurred in the amount of **$798.72,** to be paid as a priority administrative claim by the Chapter 13 Trustee from the funds deposited with the Chapter 13 Trustee.

2

Dated April 26, 2015.

/S/ **Robert A. Eder, Jr.**

Robert A. Eder Jr.

Attorney for the Debtor(s)

## CERTIFICATE OF SERVICE

I Hereby Certify that on April 26, 2015, I sent by U.S. Mail, postage prepaid, or by ECF, a true and correct copy of the above Application to the following parties:

Kevin R. Anderson

United States Trustee's Office

/S/ **Robert A. Eder, Jr.**

Robert A. Eder Jr.

Attorney for the Debtor(s)

## EXHIBIT "A"

*Professional Services Rendered*

Attorney time is billed at: $250.00 per hour

Paralegal time is billed at: $50.00 per hour

| Date | Description | Party | Time | Cost |
|------|-------------|-------|------|------|
| 4/1/2015 | Drafted and filed Motion to Authorize Sale of Real Property and Award Attorney's Fees, and Notice of Hearing. | Attorney | 0.8 | $200.00 |
| 4/2/2015 | Mailed Motion and Notice of Hearing to all creditors and filed Notice of Hearing. | Paralegal | 0.8 | $40.00 |
| 4/22/2015 | Reviewed Trustee's Response, drafted and filed Amended Motion to Authorize Sale of Real Property. | Attorney | 0.4 | $100.00 |
| 4/26/2015 | Drafted and filed Application for Allowance of Attorney's Fees. | Attorney | 0.3 | $75.00 |
| 4/27/2015 | Attend hearing on Motion (estimated time). | Attorney | 0.5 | $125.00 |
| 4/27/2015 | Draft proposed Order (estimated time). | Attorney | 0.4 | $100.00 |
| | **Totals** | | | **$640.00** |

*Expenses incurred*

| Description | Cost |
|-------------|------|
| Photocopies (320 copies @ $0.40 per copy) | $128.00 |
| Postage (64 envelopes at $0.48 per envelope) | $30.72 |
| **Total Expenses** | **$158.72** |

## TOTAL COSTS (FEES AND EXPENSES)    $798.72